# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILFREDO ORTIZ,** | : | |
| Plaintiff | : | |
| | : | No. 1:23-cv-00264 |
| v. | : | |
| | : | (Judge Rambo) |
| **OFFICER CICCHITELLO,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 21st day of April 2023, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Plaintiff Wilfredo Ortiz's complaint (Doc. No. 1) is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted;

2. Ortiz may file an amended complaint in conformity with the accompanying Memorandum within **21 days** of the date of this Order;

3. If no amended complaint is timely filed, this case will be closed; and

4. Ortiz's motion for appointment of counsel (Doc. No. 9) is **DISMISSED** as moot in light of paragraph 1 above.

s/ Sylvia H. Rambo
United States District Judge