IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILFREDO ORTIZ, | : | |
|     Plaintiff | : | |
| | : | No. 1:23-cv-00264 |
| v. | : | |
| | : | (Judge Rambo) |
| OFFICER CICCHITELLO, *et al.*, | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, on this 27th day of July 2023, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Plaintiff's amended complaint (Doc. No. 12) is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. The Clerk of Court is directed to **CLOSE** this case.

<u>s/ Sylvia H. Rambo</u>
United States District Judge